Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan Clark Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559

Counsel for THE FIRST NATIONAL BANK OF HUGHES SPRINGS, TX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Hiren D. Patel and** | § | Case No. 16-40592 |
| **Nila H. Patel** | § | |
| 917 Dove Creek Trail | § | |
| Southlake, TX 76092 | § | |
| TARRANT-TX | § | |
| SSN / ITIN: xxx-xx-8403 | § | |
| SSN / ITIN: xxx-xx-0667 | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

**TO ALL INTERESTED PARTIES:**

**COMES NOW, JOSHUA P. SEARCY of SEARCY & SEARCY, P.C.,** and files this

its Notice of Appearance and Request for Service of Notices as counsel for

*The First National Bank of Hughes Springs*

a pre-petition creditor in the above-referenced matter, and pursuant to Bankruptcy Rules 2002,

3017, 9010 and 2017, respectfully requests that all notices given or required to be given in these

proceedings and all papers served or required to be served in these proceedings be served at:

                            Joshua P. Searcy
                            Searcy & Searcy, P.C.
                            P. O. Box 3929
                            Longview, Texas 75606

      Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Movant requests that it be provided with a copy of all schedules, statements of financial affairs, any plan and disclosure statement, Motion for Confirmation, or Motion for Discharge filed herein.

Dated: March 02, 2018.

                                                   RESPECTFULLY SUBMITTED,

                                                   *SEARCY & SEARCY, P.C.*

                                                   /s/ Joshua P. Searcy
                                                 JASON R. SEARCY
                                                 State Bar No. 17953500
                                                 Email: jsearcy@jrsearcylaw.com
                                                 JOSHUA P. SEARCY
                                                 State Bar No. 24053468
                                                 Email: joshsearcy@jrsearcylaw.com
                                                 CALLAN CLARK SEARCY
                                                 State Bar No. 24075523
                                                 Email: ccsearcy@jrsearcylaw.com
                                                 P. O. Box 3929
                                                 Longview, TX  75606
                                                 903/757-3399 PHONE
                                                 903/757-9559 FAX

                                                 ATTORNEYS FOR THE FIRST NATIONAL
                                                 BANK OF HUGHES SPRINGS

## CERTIFICATE OF SERVICE
[*(if applicable)* * NOT ON COURT'S MAILING LIST, MAIL IN SEPARATE ENVELOPE]

      I HEREBY CERTIFY that the foregoing document shall be served via electronic means to all persons requesting electronic notice in this proceeding under the ECF filing system, if made available; or, otherwise by regular, first-class U.S. mail, postage prepaid, to the interested party(ies) as shown below (*) by this law firm; or by and through the undersigned's servicing agent:  BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider as authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) to:

- Hiren D. Patel and wife, Nila H. Patel, Chapter 11 Debtors, 917 Dove Creek Trail, Southlake, TX 76092-5115; and
- Bill F. Payne, Attorney for Debtors, 12770 Coit Road, Suite 541, Dallas, TX 75251-1366; and
- U.S. Trustee, *Office of the U.S. Trustee*, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231; and
- The First National Bank of Hughes Springs, PO Box 188, Hughes Springs, TX 75656-0188; and
- to all the interested persons listed on the attached service list

on or before March 05, 2018.

                                                  /s/ Joshua P. Searcy
                                                JOSHUA P. SEARCY

*        [*(if applicable)* * NOT ON COURT'S MAILING LIST, MAIL IN SEPARATE ENVELOPE]